62 So.2d 921

### ELLISON v. CITY OF TALLADEGA.
### 7 Div. 238.

Court of Appeals of Alabama.
Jan. 27, 1953.

Love & Hines, Talladega, for appellant.

Dixon, Wooten & Boyett, Talladega, for appellee.

CARR, Presiding Judge.

This is an appeal from a judgment of conviction in the court below based on the violation of a city ordinance.

There are no assignments of error in the record. It follows that the judgment below must be affirmed. Williams v. City of Mobile, 34 Ala.App. 178, 37 So.2d 533; Morrow v. Town of Bear Creek, 24 Ala. App. 223, 133 So. 63.

Affirmed.